**UNITED STATES of America,**
**Appellee,**

v.

**Alvaro Rene JEREZ–RAVARIC, also known as J. Doe 522, also known as Rene Perez, Appellant.**

**No. 11–3448.**

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 15, 2012.

Filed: Feb. 21, 2012.

Peter E. Deegan, Jr., U.S. Attorney's Office, Cedar Rapids, IA, for Appellee.

John D. Jacobsen, Jacobsen & Johnson, Cedar Rapids, IA, for Appellant.

Alvaro Rene Jerez–Ravaric, West Union, IA, pro se.

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Alvaro Rene Jerez–Ravaric challenges the reasonableness of the six-month sentence the District Court[1] imposed after revoking his supervised release. Upon careful review, we conclude that the revocation sentence was not unreasonable, as it was within the advisory U.S. Sentencing Guidelines range and below the statutory maximum. See 18 U.S.C. § 3583(e)(3) (limiting the maximum term of imprisonment upon revocation of supervised release to two years for a Class C felony); *United States v. Petreikis*, 551 F.3d 822, 824 (8th Cir.2009) (applying a presumption of substantive reasonableness to a revocation sentence within the Guidelines range); *United States v. Perkins*, 526 F.3d 1107, 1110 (8th Cir.2008) (noting that a district court need not make specific findings on the 18 U.S.C. § 3553(a) factors if there is evidence that the court was aware of the relevant factors); *United States v. Tyson*, 413 F.3d 824, 825 (8th Cir.2005) (per curiam) (holding that revocation sentences should be reviewed under the "unreasonableness" standard announced in *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005)).

We affirm the sentence imposed by the District Court.

---

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.